IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN HENRY CAMPBELL and            )
DONNA SUZETTE CAMPBELL,            )
                                   )
            Plaintiffs,            )
                                   )
     v.                            )        1:11CV1017
                                   )
CITIMORTGAGE, INC.,                )
                                   )
            Defendant.             )

**ORDER**

On September 30, 2014, the United States Magistrate Judge's Memorandum Opinion, Order, and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 26 and 27.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Complaint (Doc. 9) is **GRANTED IN PART AND DENIED IN PART** in that Plaintiffs' UDTPA claim shall proceed. Plaintiffs' remaining claims are dismissed.

This the 8th day of January, 2015.

_____
United States District Judge